# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KERI BRUCE, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIONEER CREDIT RECOVERY, INC., a Delaware corporation,<br><br>Defendant. | NO: 2:18-CV-0028-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Amended Stipulated Motion for Dismissal with Prejudice (ECF No. 8). The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed. The parties stipulate and agree that this action may be dismissed with prejudice and without costs or fees to either party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs and attorney fees to either party.

2. All pending hearings are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED June 1, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2